**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael Denard JONES, a.k.a. Bleek Jones, a.k.a. Michael D. Jones, a.k.a. Bleek, a.k.a. B, Defendant–Appellant.**

**No. 13–13210**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Jan. 21, 2014.

Peggy Morris Ronca, U.S. Attorney's Office, Orlando, FL, Robert E. O'Neill, Patricia A. Willing–Flu, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Meghan Ann Collins, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, for Defendant–Appellant.

Michael Denard Jones, Edgefield, SC, pro se.

Before TJOFLAT, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Michael Denard Jones in his sentence-reduction proceedings pursuant to 18 U.S.C. § 3582(c)(2), has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denial of Jones's § 3582(c)(2) motion is **AFFIRMED.**